# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141641

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARQUESE LAANTHONY LEWIS,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141641
COA: 297072
Oakland CC: 2005-205885-FC

On order of the Court, the application for leave to appeal the June 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

s0131